IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL PADILLA,<br><br>    Plaintiff,<br><br>  v.<br><br>LIVERMORE POLICE DEPARTMENT, et al.,<br><br>    Defendants._____/ | No. C 11-6608 CW<br><br>ORDER DISMISSING COMPLAINT FOR FAILURE TO PROSECUTE |

On January 17, 2012, this Court issued an order dismissing Plaintiff Fidel Padilla's complaint with leave to amend. The order stated that, if Plaintiff wished to file an amended complaint, he must do so within two weeks from the date of the order or his complaint would be dismissed for failure to prosecute. More than two weeks have passed and Plaintiff has not filed an amended complaint. Therefore, the complaint is dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: 2/24/2012

                                          CLAUDIA WILKEN
                                          United States District Judge